Order filed June 6, 2013

 [pic]

 In The

 Court of Appeals

 For The

 First District of Texas

 ___________

 NO. 01-12-01027-CR
 ____________

 Robert Michael Gomez, Appellant

 v.

 The State of Texas, Appellee

 On Appeal from the 405th District Court
 Galveston County, Texas
 Trial Court Cause No. 10CR3363

 ORDER

 This court has determined, pursuant to Texas Rule of Appellate
Procedure 34.5(f) and 34.6(g)(2), that it must inspect the original of
State's exhibit 25, State's exhibit 26, and Defendant's exhibit 1.

 The clerk of the 405th District Court is directed to deliver to the
Clerk of this court the original of State's exhibit 25, State's exhibit 26
and Defendant's exhibit 1, on or before June 17, 2013. The Clerk of this
court is directed to receive, maintain, and keep safe this original
exhibit; to deliver it to the justices of this court for their inspection;
and, upon completion of inspection, to return the original of State's
exhibit 25, State's exhibit 26 and Defendant's exhibit 1, to the clerk of
the 405th District Court.

 PER CURIAM